# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR PADILLA-TORRES (2),<br><br>　　　　　　　Defendant. | Case No.: 16cr1024-02-CAB<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

　　Upon motion of the United States of America and good cause appearing,

　　IT IS HEREBY ORDERED that the Information in the above-entitled case, as to Salvador Padilla-Torres, be dismissed without prejudice.

　　IT IS SO ORDERED.

　　DATED: July 13, 2016.

_____
HON. CATHY ANN BENCIVENGO
United States District Judge